UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                                        CASE NO: 04-10819-KRM

PARSON, CLARA D

Debtor(s)
_____/

REPORT OF UNCLEARED FUNDS

The Trustee disbursed funds on the administrative expenses and dividends on the above captioned case on October 12, 2007.  The following check was returned.  We were unable to locate a new address for the Creditor.

| Claim# | Check# | Claimant | Amount |
|---|---|---|---|
| 03 | 105 | Direct Merchants Credit Card Bank | $6,486.91 |

Mailed to:  P.O. Box 43730, Baltimore, MD  21236-0730

Check # 111 dated April 14, 2009, for $6,486.91 issued to the Clerk of Court, U.S. Bankruptcy Court has been submitted.

Dated: April 14, 2009

/s/ Traci K. Stevenson_____
Traci K. Stevenson, Trustee
P. O. Box 86690
Madeira Beach, Florida 33738
Phone: 727-397-4838
FBN 942227
tstevenson@tampabay.rr.com